IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANNAK PRACH,

    Petitioner,               No. CIV S-08-2493 DAD P

    vs.

A. HEDGPATH,

    Respondent.          ORDER

_____/

        On October 7, 2008, petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 in the United States District Court for the Northern District of California. Petitioner also filed an application to proceed in forma pauperis. The Clerk of the Court of the Northern District informed petitioner that his application to proceed in forma pauperis was incomplete and instructed him to file a properly completed in forma pauperis application. The Northern District then transferred the case to this court, which has proper venue.

        To proceed in this action, petitioner must file a complete application to proceed in forma pauperis or pay the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit an application to proceed in forma pauperis or submit the appropriate filing fee.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: November 14, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
prac2493.101a